# IN THE SUPREME COURT OF ALABAMA



November 22, 2024

**SC-2023-0884**

Ex parte Larry Edward Nesbitt PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Larry Edward Nesbitt v. State of Alabama) (Montgomery Circuit Court: CC-17-162; Court of Criminal Appeals: CR-2023-0478).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the ruling on the application for rehearing filed in this case and indicated below was entered in this cause on November 22, 2024:

**APPLICATION OVERRULED. NO OPINION.** PER CURIAM. -- Parker, C.J., and Sellers, Mendheim, Stewart, and Cook, JJ., concur. Shaw, Wise, Bryan, and Mitchell, JJ., dissent.

WHEREAS, the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on October 4, 2024:

**REVERSED AND REMANDED.** PER CURIAM. -- Parker, C.J., and Sellers, Mendheim, Stewart, and Cook, JJ, concur. Shaw, Wise, Bryan, and Mitchell, JJ., dissent.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**